

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.

Case No. 14-cr-20216
The Honorable Thomas L. Ludington

STEVEN J. INGERSOLL,

### Verdict Form

As to **Count 2** of the indictment, which charges that from on or about April of 2010 to on or about October 15, 2012, Steven J. Ingersoll knowingly conspired with others to defraud the Internal Revenue Service, an agency of the United States, we the jury unanimously find the defendant:

_____ Not Guilty.            \_\_\_X\_\_\_ Guilty.

As to **Count 3** of the indictment, which charges that on or about June 29, 2011, Steven J. Ingersoll knowingly transmitted or caused the transmission of a wire communication, that is an electronic funds transfer of $704,000.00 from the Madison Arts account to Roy Bradley and Tammy Bradley's construction company's account, to promote a scheme to defraud or to obtain money by false and fraudulent pretenses, we the jury unanimously find the defendant:

\_\_\_X\_\_\_ Not Guilty.            _____ Guilty.

As to **Count 4** of the indictment, which charges that on or about June 30, 2011, Steven J. Ingersoll knowingly transmitted or caused the transmission of a wire communication, that is an electronic funds transfer of $704,000.00 from Roy Bradley and Tammy Bradley's construction company's account to Gayle R. Ingersoll's business account, to promote a scheme to defraud or to obtain money by false and fraudulent pretenses, we the jury unanimously find the defendant:

\_\_\_X\_\_\_ Not Guilty.            _____ Guilty.

As to **Count 5** of the indictment, which charges that on or about June 30, 2011, Steven J. Ingersoll knowingly transmitted or caused the transmission of a wire communication, that is an electronic funds transfer of $704,000.00 from Gayle R. Ingersoll's business account to Steven J. Ingersoll's personal account, to promote a scheme to defraud or to obtain money by false and fraudulent pretenses, we the jury unanimously find the defendant:

__X__ Not Guilty.          _____ Guilty.

As to **Count 6** of the indictment, which charges that on or about May 11, 2010, Steven J. Ingersoll wilfully attempted to evade and defeat the payment of the income taxes due and owing to him and his wife to the United States for the 2009 calendar year, we the jury unanimously find the defendant:

_____ Not Guilty.          __X__ Guilty.

As to **Count 7** of the indictment, which charges that from on or about October 21, 2011 5 on or about April 5, 2012, Steven J. Ingersoll wilfully attempted to evade and defeat the payment of the income taxes due and owing by him and his wife to the United States for the 2010 calendar year, we the jury unanimously find the defendant:

_____ Not Guilty.          __X__ Guilty.

**s/Jury Foreperson**

In compliance with the Privacy Policy Adopted by the Judicial Conference, the verdict form with the original signature has been filed under seal.

Dated: 3/10/2015

20